UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiffs,

                v.

REGINA SCHENCK and EMERSON SCHENCK,

        Judgment Debtors.
_____/

MORGAN STANLEY SMITH BARNEY,

        Garnishee.
_____/

NO. MC. 2:10-00116 WBS EFB

<u>ORDER OF WITHDRAWAL</u>

----oo0oo----

        The undersigned hereby withdraws from the above-captioned case.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1  DATED:   April 14, 2011

        _____
        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE